# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ERICK GUILLERMO VALLE-IGLESIAS**

vs.                                    CASE NUMBER: 5:10-CV-948 (GTS/DEP)

**MELANIE DAWN RIVERA**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

It is Ordered that Plaintiff's Motion for Leave to Proceed in forma pauperis is denied, and further it is Ordered that the Complaint is sua sponte dismissed for failure to state a claim and frivolousness, pursuant to 28 USC section 1915(e)(2)(B).

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 1st day of December, 2010.

DATED: December 2, 2010

_(signature)_
Clerk of Court

s/
By: Joanne Bleskoski
Deputy Clerk